**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAH YOUNG,<br><br>PLAINTIFF(S),<br><br>v.<br><br>JAZMINE MCDUFFY, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:22-cv-01118 MEMF (AFM)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:**<br>☐ **FULL FILING FEE**<br>☑ **INITIAL PARTIAL FILING FEE** |

On    March 10, 2022 (ECF No. 8)   , plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $   28.17   within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

4/28/2022
Date

*[signature]*
United States Magistrate Judge