UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:22-cv-01118 MEMF (AFM) | Date:  July 19, 2022 |
| Title  Isaiah Young v. Jazmine Mcduffy et al | |

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause Re Dismissal for Failure to Pay the Initial Partial Filing Fee**

    On March 10, 2022, the Court granted plaintiff's request to proceed without prepayment of the filing fee and ordered an initial partial filing fee of $28.17 to be paid by April 9, 2022.  (ECF No. 8.)  Plaintiff failed to pay the initial partial filing fee, and on April 28, 2022, the Court issued an Order to Show Cause re Dismissal for Failure to Pay Initial Partial Filing Fee (ECF No. 9).  On May 18, 2022, Plaintiff filed a response to the Order to Show Cause.  The Court construed Plaintiff's response as a request for an extension of time to file the initial partial filing fee and granted an extension to July 8, 2022.  According to the case docket, plaintiff has failed to pay the initial partial filing fee of $28.17 as of the current date.

    Plaintiff is hereby ordered to show cause why this action should not be dismissed without prejudice due to plaintiff's failure to timely pay the initial partial filing fee.  No later than **August 9, 2022**, plaintiff shall file a response to this Order to Show Cause. Failure to file a response within the time specified may be deemed consent to the dismissal of this action without prejudice. If the initial partial filing fee is received by August 9, 2022, no further response to this Order to Show Cause is necessary.

    IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |