UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-01118-SPG-BFM | Date | June 24, 2024 |
|---|---|---|---|
| Title | ISAIAH YOUNG v. J. MCDUFFY, et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

The parties in this matter filed a Stipulation for Voluntary Dismissal of Action with Prejudice, (ECF No. 62), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 62-1) as moot, and all pending dates are vacated and taken off calendar.

:

Initials of Preparer     pg